1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   CIRINA LANCASTER,                  )   Case No. ED CV 14-1639-PJW
                                        )
11                 Plaintiff,           )
                                        )   J U D G M E N T
12            v.                        )
                                        )
13   CAROLYN W. COLVIN,                 )
     ACTING COMMISSIONER OF THE         )
14   SOCIAL SECURITY ADMINISTRATION,    )
                                        )
15                 Defendant.           )
                                        )

16

17        In accordance with the Memorandum Opinion and Order filed

18   herewith,

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20   the Social Security Administration is reversed and the case is

21   remanded for further proceedings consistent with the Memorandum

22   Opinion and Order.

23

24        DATED: March 28, 2016

25                                      _____

26                                      PATRICK J. WALSH
                                        UNITED STATES MAGISTRATE JUDGE

27

28   S:\PJW\Cases-Social Security\LANCASTER, C 1639\Judgment.wpd